SOMACH, SIMMONS & DUNN
A Professional Corporation
ROBERTA L. LARSON (SBN: 191705)
KANWARJIT S. DUA (SBN: 214591)
813 Sixth Street, Third Floor
Sacramento, CA 95814-2403
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

Attorneys for Defendant
GAYLE MANUFACTURING COMPANY

LAW OFFICES OF MICHAEL R. LOZEAU
MICHAEL R. LOZEAU
DOUGLAS J. CHERMAK
1516 Oak Street, Suite 216
Alameda, CA 94501
Telephone No.: (510) 749-9102
Fax: (510) 749-9103
Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>GAYLE MANUFACTURING COMPANY, a corporation,<br><br>Defendant. | CASE NO. 2:07-CV-01261-LEW-JFW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND PROPOSED ORDER** |

**WHEREAS**, the California Sportfishing Protection Alliance (CSPA) served its complaint in the above-captioned case on October 19, 2007;

**WHEREAS**, the deadline for Gayle Manufacturing Company (GMC) to respond to the CSPA's complaint is December 7, 2007;

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT                                        -1-

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS**, the parties stipulated to a previous extension of time for GMC to respond to the complaint pursuant to Local Rule 6-144(a);

**WHEREAS**, the parties are engaged in settlement negotiations and fully anticipate that this matter will be resolved on or before December 21, 2007;

**WHEREAS**, the parties have agreed that, in the spirit of cooperation and in the interests of judicial economy, an additional extension of time within which to respond to CSPA's is appropriate;

**THEREFORE, IT IS HEREBY STIPULATED** by and between CSPA and GMC, through their respective counsel of record, that GMC shall have a further extension of thirty (30) days, to and including January 6, 2008, within which to respond to CSPA's complaint.

Respectfully submitted,

Dated: December 7, 2007          SOMACH, SIMMONS & DUNN LLP

                                 By:     /s/ Kanwarjit S. Dua
                                         Kanwarjit S. Dua
                                         **Attorney for Defendant**
                                         GAYLE MANUFACTURING COMPANY

Dated: December 7, 2007          LAW OFFICES OF MICHAEL R. LOZEAU

                                 By:     /s/ Douglas J. Chermak (as authorized on 12/07/07)
                                         Michael R. Lozeau
                                         Douglas J. Chermak
                                         **Attorneys for Plaintiff**
                                         CALIFORNIA SPORTFISHING
                                         PROTECTION ALLIANCE

**IT IS HEREBY ORDERED:**

Dated:   December 7, 2007        /s/ Ronald S. W. Lew
                                 Hon. Ronald S.W. Lew, Senior

PDF created with pdfFactory trial version www.pdffactory.com