MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

ROBERTA L. LARSON (State Bar No. 191705)
KANWARJIT S. DUA (State Bar No. 214591)
Somach, Simmons & Dunn
813 Sixth Street, Third Floor
Sacramento, CA 95814-2403
Tel:  (916) 446-7979
Fax:  (916) 446-8199
E-mail: kdua@somachlaw.com

Attorneys for Defendant
GAYLE MANUFACTURING COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GAYLE MANUFACTURING COMPANY, a corporation.<br><br>　　　　　Defendant. | Case No. 2:07-CV-01261-LEW-JFW<br><br>**JOINT NOTICE OF SETTLEMENT IN LIEU OF CASE MANAGEMENT STATEMENTS AND RULE 26(f) REPORT; STIPULATED REQUEST TO STAY PROCEEDING PENDING AGENCIES' REVIEW OF SETTLEMENT AGREEMENT; ORDER**<br><br>Complaint filed: June 26, 2007<br>Hon. Ronald S.W. Lew |

2

Joint Notice of Settlement;　　　　　　　　　　　　　　　CASE NO. 2:07-CV-01261-LEW-JFW
Stipulated Request to Stay Proceeding Pending Agencies' Review of
Settlement Agreement; [Proposed] Order

Pursuant to Local Rules 16-160 and 16-272, Plaintiff California Sportfishing Protection Alliance and Defendant Gayle Manufacturing Company hereby notify the Court that the parties have reached a settlement agreement that will fully resolve this litigation.  A true and correct copy of the executed settlement agreement is attached as Exhibit A to the Declaration of Douglas J. Chermak, filed contemporaneously with this Notice and Stipulated Request.  Plaintiff has forwarded the settlement agreement to the United States Environmental Protection Agency and the United States Department of Justice to begin a 45-day review period by those agencies prescribed by Section 505(c)(3) of the Federal Water Pollution Control Act, 33 U.S.C. § 1365(c)(3).  Chermak Dec., ¶ 3;  *Id*, Exhibit B.  At the completion of the 45-day agency review period, the parties will file a stipulated request for dismissal requesting the Court to maintain jurisdiction over this matter to enforce the terms of the settlement agreement. *Id*., ¶ 4 & Exhibit A, ¶ 2.

In light of the parties' settlement agreement and the 45-day federal agency review period, the parties further request that the Court accept this notice of settlement in lieu of the formal joint case management statement and Rule 26(f) Report required pursuant to the Court's case management order dated June 27, 2007.

The parties further request, in light of the settlement agreement and the 45-day agency review period, that the Court extend the 20-day period from the date of this notice for filing the dispositional document, *i.e.*, in this case, the stipulated request for dismissal – to a date approximately 70 days from the date of this notice in order for the federal agencies to exercise their statutorily prescribed 45-day review.  *See* Local Rule 16-160(b).  The parties further request that, in light of the above, the Court immediately stay all proceedings in this action until February 26, 2008, by which date the parties

///
///
///
///
///

2

Joint Notice of Settlement;                                    CASE NO. 2:07-CV-01261-LEW-JFW
Stipulated Request to Stay Proceeding Pending Agencies' Review of
Settlement Agreement; [Proposed] Order

will have filed their stipulated request for dismissal.  The parties further request that all deadlines and dates currently scheduled by the Court be vacated.

Dated: December 21, 2007			Respectfully submitted,

						LAW OFFICE OF MICHAEL R. LOZEAU


						By:	 /s/ *Douglas J. Chermak*
							Douglas J. Chermak
							Attorney for Plaintiff
							CALIFORNIA SPORTFISHING PROTECTION ALLIANCE


						SOMACH, SIMMONS & DUNN


						By:	 /s/ *Kanwarjit S. Dua* (as authorized on 12/21/2007)
							Kanwarjit S. Dua
							Attorney for Defendant
							GAYLE MANUFACTURING COMPANY


PURSUANT TO STIPULATION, IT IS SO ORDERED.  All proceedings in this action are hereby stayed.  The dates set forth in the Court's previous joint status report order are vacated. The parties shall file their proposed dispositional document not later than February 26, 2008.


Dated:   December 21, 2007
						/s/ Ronald S. W. Lew
						Hon. Ronald S.W. Lew
						United States District Court Judge

2

Joint Notice of Settlement;                                         CASE NO. 2:07-CV-01261-LEW-JFW
Stipulated Request to Stay Proceeding Pending Agencies' Review of
Settlement Agreement; [Proposed] Order