MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102    Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227    Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

KANWARJIT S. DUA (State Bar No. 214591)
Somach, Simmons & Dunn
813 Sixth Street, Third Floor
Sacramento, CA  95814-2403
Tel: (916) 446-7979    Fax: (916) 446-8199
E-mail: kdua@somachlaw.com

Attorney for Defendant
GAYLE MANUFACTURING COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>      Plaintiff,<br><br>      vs.<br><br>GAYLE MANUFACTURING COMPANY, a corporation.<br><br>      Defendant. | Case No. 2:07-cv-01261-LEW-JFM<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS;  ORDER GRANTING DISMISSAL [FRCP 41(a)(2)]**<br><br>Conference: n/a<br>Time: n/a<br>Courtroom: n/a |

WHEREAS, on March 26, 2007 Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant Gayle Manufacturing Company ("GMC") with a Notice of Violations

Stipulation To Dismiss Plaintiffs' Claims;              1             Case No. 2:07-cv-01261-LEW-JFM
[Proposed] Order Granting Dismissal

PDF created with pdfFactory trial version www.pdffactory.com

1 and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

2   WHEREAS, on June 26, 2007 CSPA filed its Complaint against GMC in this Court, *California Sportfishing Protection Alliance v. Gayle Manufacturing Company,* Case No. 2:07-cv-01261-LEW-JFM. Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

  WHEREAS, CSPA and GMC, through their authorized representatives and without either adjudication of CSPA's claims or admission by GMC of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") entered into by and between CSPA and GMC is attached hereto as Exhibit 1 and incorporated by reference.

  WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45 day review period set forth at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed. The parties respectfully request an order from this Court dismissing such claims. In accordance with paragraph 2 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the parties through December 15, 2009 for the sole purpose of resolving any disputes between the parties

///
///
///
///
///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

1 with respect to enforcement of any provision of the Settlement Agreement.

2 Dated: February 12, 2008          Respectfully submitted,

3                                    LAW OFFICE OF MICHAEL R. LOZEAU

5                              By:   /s/ *Douglas J. Chermak*
                                     Douglas J. Chermak
6                                    Attorney for Plaintiff California Sportfishing
                                     Protection Alliance

8                                    SOMACH, SIMMONS & DUNN

10                             By:   /s/ *Kanwarjit S. Dua* (as authorized on 2/13/2008)
                                     Kanwarjit S. Dua
11                                   Attorney for Defendant Gayle Manufacturing Company

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant Gayle Manufacturing Company, as set forth in the Notice and Complaint filed in Case No. 2:07-cv-01261-LEW-JFM, are hereby dismissed.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 15, 2009 for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   2/13/2008                         /s/ Ronald S. W. Lew_____
                                           Hon. Ronald S.W. Lew
                                           United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com